**F I L E D**

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF ILLINOIS**

**12/19/2025**

**JEFFREY P. ALLSTEADT, CLERK**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MR. RODGER SOUDERS and MS. DANA BOLLMAN, Plaintiffs, | ) ) ) ) | Case No. 25-9151 Ch. 7 |
| v. | ) ) | Adv. Proceeding No. 25-00235 |
| MR. GUY LANDMEIER and MRS. GINGER LANDMEIER, Defendants. | ) ) ) | Hon. Janet Baer |

NOTICE OF MOTION

TO:    Chris J. Cosentino
       The Cosentino Law Firm, LLC
       226 S. Batavia Avenue
       Batavia, IL 60510

PLEASE TAKE NOTICE that on **Wednesday, January 21, 2026, at 10:00 a.m.** or as soon thereafter as counsel may be heard, the undersigned shall appear via Zoom before the Honorable Judge Janet Baer, or any other judge sitting in her stead, in Courtroom 615 of the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, 60604, and then and there present **DEFENDANTS' MOTION TO VACATE DEFAULT JUDGMENT**, a copy of which is attached hereto and is hereby served upon you.

ZOOM FOR GOVERNMENT CAN BE ACCESSED AT WWW.ZOOMGOV.COM. THE MEETING ID AND PASSCODE BELOW WILL BE USED FOR ALL MOTION CALLS AND REGULARLY SCHEDULED HEARINGS: MEETING ID: 160 731 2971; PASSCODE: 587656

JOIN BY PHONE: (669) 254-5252 OR (646) 828-7666

THERE ARE TWO OPTIONS TO JOIN A COURT CALL VIA ZOOM FOR GOVERNMENT: JOIN BY WEBSITE: HTTPS://WWW.ZOOMGOV.COM/JOIN (PLEASE NOTE THE CORRECT DOMAIN IS ZOOMGOV.COM, NOT ZOOM.COM)

Dated: December 19, 2025        DEFENDANTS GUY LANDMEIER AND GINGER LANDMEIER

By: _____
    Guy Landmeier, Jr., Pro Se

By: _____
    Ginger Landmeier, Pro Se

Guy Landmeier, Jr., *Pro Se Defendant*
Ginger Landmeier, *Pro Se Defendant*
12006 Jordi Road
Huntley, IL 60142

1

## CERTIFICATE OF SERVICE

I, Guy Landmeier, Jr., hereby certify that I caused a true and correct copy of the attached Notice of Motion, Motion and Proposed Order to be served upon Attorney Chris Cosentino by First Class Mail with proper postage prepaid by mailing same from the U.S. Post Office in Huntley, Illinois, on December 19 , 2025.

_____
Guy Landmeier, Jr., Pro Se

F I L E D

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

12/19/2025

JEFFREY P. ALLSTEADT, CLERK

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| MR. RODGER SOUDERS and MS. DANA BOLLMAN, Plaintiffs, | ) ) ) ) ) | Case No. 25-9151 Ch. 7 |
| v. | ) ) | Adv. Proceeding No. 25-00235 |
| MR. GUY LANDMEIER and MRS. GINGER LANDMEIER, Defendants. | ) ) ) | Hon. Janet Baer |

## DEFENDANTS' MOTION TO VACATE DEFAULT JUDGMENT

NOW COMES Defendants, GUY LANDMEIER and GINGER LANDMEIER, as and for themselves, *pro se*, and moves this Honorable Court to vacate the default judgment entered against them for failure to properly serve Defendants. In support thereof, Defendants state as follows:

1. On November 21, 2025, this Court entered an Order of Default and Default Judgment in Adversary Proceeding in Plaintiffs' favor and against Defendants for $177,492.02.

2. At no time prior to the entry of the Order of Default were Defendants served with the Complaint, Notice or Motion for Relief from Stay, Notice or Motion for Default Judgment, or any other pleading or order entered in this case.

3. Plaintiffs claim to have mailed via First Class Mail the Summons and Complaint to Defendants on July 28, 2025. The proof of service on Defendants wasn't even filed until September 24, 2025, and Defendants never received the Summons and Complaint via First Class Mail in July, September, or ever.  On or about September 22, 2025, Defendants were moving out of the rental property they were living in located at 957 S. Kayla Court, Gilberts, Illinois—the address listed on the Proof of Service where Plaintiffs claim to have mailed the Summons and Complaint.

4. Further, the Proof of Service indicates a copy was mailed to Attorney James Young who was no longer Defendants' counsel as of the filing of the Adversary Complaint. Attorney Young was only hired to file Defendants' Petition for Chapter 7 Bankruptcy and is not counsel of record in this Adversary Proceeding.

5. Defendants never received proper notice of any of the filings in this case and were unaware of its existence until after the order granting the Motion for Default was entered. Defendants are bringing this Motion to Vacate within the 30 day deadline and request this Court to have the November 21, 2025 Order of Default vacated.

WHEREFORE, Defendants GUY LANDMEIER and GINGER LANDMEIER respectfully request that this Honorable Court grant this motion, vacate the November 21, 2025 Order of Default and Default Judgment in Adversary Proceeding, and grant any other relief this Honorable Court deems just.

Respectfully submitted,

By:_____
Guy Landmeier, Jr., Pro Se

By:_____
Ginger Landmeier, Pro Se

Guy Landmeier, Jr., *Pro Se Defendant*
Ginger Landmeier, *Pro Se Defendant*
12006 Jordi Road
Huntley, IL 60142