### UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| In Re: | ) |
| Guy A. Landmeier, Jr. and | ) |
| Ginger C. Landmeier, Debtors, | ) BK Case No. 25-9151 |
| | ) Ch. 7 |
| MR. RODGER SOUDERS and | ) |
| MS. DANA BOLLMAN, | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Adv. Proceeding No. 25-00235 |
| | ) |
| MR. GUY LANDMEIER and | ) Hon. Judge David D. Cleary |
| MRS. GINGER LANDMEIER, | ) |
| Defendants. | ) |

**NOTICE OF MOTION**

**FILED**
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

**APR 03 2026**

JEFFREY P. ALLSTEADT, CLERK

TO:  Chris J. Cosentino
The Cosentino Law Firm, LLC
226 S. Batavia Avenue
Batavia, IL 60510

**PLEASE TAKE NOTICE** that on **Wednesday, April 22, 2026, at 9:30 a.m.** or as soon thereafter as counsel may be heard, the undersigned shall appear via Zoom before the Honorable Judge David D. Cleary, or any other judge sitting in her stead, in Courtroom 644 of the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, 60604, and then and there present **DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE ANSWER AND RETAIN AN ATTORNEY**, a copy of which is attached hereto and is hereby served upon you.

ZOOM FOR GOVERNMENT CAN BE ACCESSED AT WWW.ZOOMGOV.COM. THE MEETING ID AND PASSCODE BELOW WILL BE USED FOR ALL MOTION CALLS AND REGULARLY SCHEDULED HEARINGS: MEETING ID: 161 122 6457; PASSCODE: CLEARY644
JOIN BY PHONE: (669) 254-5252 OR (646) 828-7666
THERE ARE TWO OPTIONS TO JOIN A COURT CALL VIA ZOOM FOR GOVERNMENT: JOIN BY WEBSITE: HTTPS://WWW.ZOOMGOV.COM/JOIN (PLEASE NOTE THE CORRECT DOMAIN IS ZOOMGOV.COM, NOT ZOOM.COM)

Dated: April 3, 2026     DEFENDANTS GUY A. LANDMEIER, JR. AND GINGER C. LANDMEIER

By: _____
Guy A. Landmeier Jr., Pro Se

By: _____
Ginger C. Landmeier, Pro Se

Guy A. Landmeier, Jr., *Pro Se Defendant*
Ginger C. Landmeier, *Pro Se Defendant*
12006 Jordi Road
Huntley, IL 60142
(847) 366-1733

### CERTIFICATE OF SERVICE

I, Guy A. Landmeier, Jr., hereby certify that I caused a true and correct copy of the attached Notice of Motion and Motion to be served upon Attorney Chris Cosentino by First Class Mail with proper postage prepaid by mailing same from the U.S. Post Office in Huntley, Illinois, on April 3, 2026 and via the Court's Electronic Filing System.

Guy A. Landmeier Jr., Pro Se

F I L E D
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

APR 03 2026

JEFFREY P. ALLSTEADT, CLERK

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In Re: | ) | |
| Guy A. Landmeier, Jr. and | ) | |
| Ginger C. Landmeier, Debtors, | ) | BK Case No. 25-9151 |
| | ) | Ch. 7 |
| MR. RODGER SOUDERS and | ) | |
| MS. DANA BOLLMAN, | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Adv. Proceeding No. 25-00235 |
| | ) | |
| MR. GUY LANDMEIER and | ) | Hon. Judge David D. Cleary |
| MRS. GINGER LANDMEIER, | ) | |
| Defendants. | ) | |

## DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE ANSWER AND RETAIN AN ATTORNEY

NOW COMES Defendants, GUY A. LANDMEIER, JR. and GINGER C. LANDMEIER, as and for themselves, *pro se,* and moves this Honorable Court for an extension of time to file an answer to the First Amended Adversary Complaint and to retain an attorney. In support thereof, Defendants state as follows:

1. On March 6, 2026, Plaintiffs Roger Souders and Dana Bollman filed a First Amended Adversary Complaint per the Order entered on February 6, 2026.

2. Defendants have filed a Request for Pro Bono Counsel / Financial Affidavit simultaneously with this Motion and requests an additional 30 days to retain counsel and file their answer to the First Amended Adversary Complaint.

WHEREFORE, Defendants GUY A. LANDMEIER, JR. and GINGER C. LANDMEIER respectfully request that this Honorable Court grant this motion giving Defendants an additional

3

30 days to retain an attorney; to file an answer to the First Amended Adversary Complaint; and

grant any other relief this Honorable Court deems just.

Respectfully submitted,

By: _____
Guy A. Landmeier Jr., Pro Se

By: _____
Ginger C. Landmeier, Pro Se

Guy A. Landmeier, Jr., *Pro Se Defendant*
Ginger C. Landmeier, *Pro Se Defendant*
12006 Jordi Road
Huntley, IL 60142
(847) 366-1733

4

Guy A. Landmeier, Jr., *Pro Se Defendant*
Ginger C. Landmeier, *Pro Se Defendant*
12006 Jordi Road
Huntley, IL 60142
(847) 366-1733

## CERTIFICATE OF SERVICE

I, Guy A. Landmeier, Jr., hereby certify that I caused a true and correct copy of the attached Notice of Motion and Motion to be served upon Attorney Chris Cosentino by First Class Mail with proper postage prepaid by mailing same from the U.S. Post Office in Huntley, Illinois, on April 3, 2026 and via the Court's Electronic Filing System.

_____
Guy A. Landmeier Jr., Pro Se

2

Form G-25

### UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS

In Re:
Guy A. Landmeier, Jr. and
Ginger C. Landmeier, Debtors.

Mr. Roger Souders and
Ms. Dana Bollman, Plaintiffs.

v.

Guy Landmeier and
Ginger Landmeier.

**REQUEST FOR PRO BONO
COUNSEL / FINANCIAL
AFFIDAVIT**

Case number: 25-9151 (Ch. 7)

Adv. Proceeding No. 25-00235

Judge Cleary

**Instructions:** Please answer every question. Do not leave blanks.
If the answer is "0" or "none," say so. If you are a debtor in a chapter 13 case, you may attach
Form 122(c) to this request.

**Application:** I am one of the parties in this case. I believe that I am entitled to the relief I am requesting in this case. I am providing the following information under penalty of perjury in support of my request for an attorney.

1. *Are you employed?*

   [✓] Yes    Name and address of employer: Alpine Valley, W2501 Co Rd D, Elkhorn, WI

   Total amount of monthly take-home pay: Seasonal / $1,400.00 per month

   [ ] No    Date(s) of last employment: _____    Last monthly take-home pay: _____

2. *If married, is your spouse employed?*

   [✓] Yes    Name and address of employer: Durham School Services, Cleveland Ave., C'ville IL

   Total amount of monthly take-home pay: $2,000.00

   [ ] No    Date(s) of last employment: _____    Last monthly take-home pay: _____

3. *Other sources of income / money:* For the past 12 months, list the amount of money that you and / or your spouse have received from any of the following sources:

   *(list the 12-month total for each)*

   | | |
   |---|---|
   | Self-employment, business, or profession: | $ None |
   | Income from interest or dividends: | $ None |
   | Income from rent payments: | $ None |
   | Pensions, annuities, or life insurance: | $ None |
   | Disability or worker's compensation: | $ None |
   | Gifts (including deposits into any accounts in your name): | $ None |
   | Unemployment, public assistance, or welfare: | $ None |
   | Settlements or judgments (include any that are expected): | $ None |
   | **Any other sources of money:** | $ None |

1 of 2

4. *Cash and bank accounts:* Do you and/or your spouse have any money in cash or in a checking or savings account? ☑ Yes ☐ No    If yes, how much? $ 100.00 _____

5. *Are you a debtor in this case?* ☑ Yes ☐ No

6. *Have your assets, dependents, and/or debts and expenses changed since you filed your schedules?*

☐ Yes            If yes, answer the questions below to explain the changes.

☑ No             If no, write "no changes" for questions 7 – 9.

☐ Not a debtor

7. *Other assets:* Do you and/or your spouse own or have an interest in any real estate (including your home), stocks, bonds, securities, retirement plans, automobiles, jewelry, or other valuable property (not including ordinary household furnishings/clothing)?

If yes, list each item of property and state its approximate value (or write "no changes"):
None

8. *Dependents:* Is anyone dependent on you and/or your spouse for support? ☐ Yes ☑ No
If yes, please list their ages; relationship to you; and how much your and/or your spouse contribute toward their support each month (or write "no changes"):

9. *Debts/expenses:* List any amounts you owe to others (or write "no changes"):
No changes.  See Schedule E/F filed August 19, 2025.

10. *Provide any other information that will help explain why you cannot afford to hire an attorney:*

Declaration: I declare under penalty of perjury that all of the information listed above is true and correct. I understand that a false statement may result in denial of my request, dismissal of my claims (if applicable), or more serious sanctions in the context of an active bankruptcy case.

Date: 4/3/2026 _____

_____ Applicant's signature

Guy A. Landmeier, Jr. and Ginger C. Landmeier
_____
12006 Jordi Road, Huntley, IL 60142     Printed name
(847) 366-1733